UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ALFRED WASHINGTON,

    Plaintiff,

v.                                        Case No. 3:18cv1333-LC-CJK

JULIE JONES, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated February 13, 2019, (doc. 14). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

After reviewing the Report and Recommendation and the objections thereto, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against defendants Jones, Schouest, Bowden, Maiorana

and McGowan are DISMISSED for failure to state a claim on which relief may be granted.

3. Plaintiff's motion for preliminary injunction (doc. 13) is DENIED.

4. This case is remanded to the assigned Magistrate Judge for further proceedings on plaintiff's § 1983 claims against defendants Dr. Iserman, Case Manager Yardley, Dr. Molina and Case Manager Ditterline.

**DONE AND ORDERED** this 25th day of February, 2019.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**