UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ALFRED WASHINGTON,

    Plaintiff,

v.                                          Case No. 3:18cv1333-LC-HTC

T. YARDELY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 16, 2019 (doc. 72). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Molina are **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to terminate Dr. Molina as a Defendant in this case.

4. The case is referred back to Magistrate Judge Hope Cannon for further proceedings.

**DONE AND ORDERED** this 18th day of October, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**