UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD ALFRED WASHINGTON,

    Plaintiff,

v.                                Case No. 3:18cv1333-LC-HTC

T YARDELY,
DITTERLINE,
ISERMAN,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 27, 2020 (ECF No. 125). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determinations of the objections filed.

Having considered the Report and Recommendation and the objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF Doc. 125) is adopted and incorporated by reference in this order.

2. The Defendants' Motion for Summary Judgment (ECF Doc 115) is GRANTED, and the clerk shall enter judgment in favor of Defendants Yardley, Ditterline and Iserman on all Plaintiff's claims.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of May, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv1333-LC-HTC